**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IOWA'S WINDOW EXPERTS LLC d/b/a THE WINDOW SOURCE OF CENTRAL IOWA, | : : : : | Civil No. 1:24-CV-01544 |
| Plaintiff, | : : | |
| v. | : : | |
| THE WINDOW SOURCE LLC, | : | |
| Defendant. | | Judge Jennifer P. Wilson |

**ORDER**

**AND NOW**, this 16th day of March, 2026, in accordance with the accompanying memorandum of law, **IT IS ORDERED THAT** Defendant's motion to dismiss for lack of prosecution, Doc. 40, is **GRANTED** as follows:

1) Plaintiff's amended complaint, Doc. 15, is **DISMISSED WITH PREJUDICE**.

2) Defendant shall file a stipulation to the dismissal of its counterclaims, Doc. 30, by **March 23, 2026**.

3) The Clerk of Court shall mail this order and the accompanying memorandum of law to the following addresses located in the amended complaint, Doc. 15, and certificate of service, Doc. 37:

   a. Iowa's Window Experts LLC d/b/a The Window Source of Central Iowa, 406 Primrose Drive, Hudson, IA 50643

b.  Thomas Carmody, Iowa's Window Experts LLC d/b/a The

Window Source of Central Iowa, 26707 320th Street,

Parkersburg, IA 50665

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania